1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **JACQUELYN E. LARSON, ESQ., CSBN 264712**
   **WISEMAN LAW GROUP, P.C.**
3     1477 Drew Avenue, Suite 106
       Davis, California 95618
4      Telephone:    530.759.0700
       Facsimile:    530.759.0800
5

6  **Attorney for Defendant**
   **RUSTY TYNES**

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                             SACRAMENTO DIVISION

12

13 | UNITED STATES OF AMERICA, ) Case No. CR S 11-00246 DAD
14 |                           )
   |              Plaintiff,   ) **STIPULATION AND ORDER TO**
15 |                           ) **CONTINUE STATUS CONFERENCE**
   |     vs.                   ) **AND RESET AS CHANGE OF PLEA**
16 |                           )
   | RUSTY TYNES,              ) DATE: August 2, 2011
17 |                           ) TIME: 10:00 a.m.
   |              Defendant.   ) CTRM. Honorable Dale A. Drozd
18 |                           )

19     It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

20 AMERICA, through its counsel of record, David L. Stevens, Special Assistant United

21 States Attorney, defendant RUSTY TYNES, through his counsel of record, Jennifer C.

22 Noble, that the trial date of August 22, 2011 be vacated and the trial confirmation

23 scheduled for August 2, 2011, at 10:00 a.m., be rescheduled to August 23, 2011, 10:00

24 a.m. for a Change of Plea.

25     The parties further stipulate and agree that a continuance is appropriate in this

26 case and request that the time beginning August 2, 2011, and extending through August

27 23, 2011, be ordered excluded from the calculation of time under the Speedy Trial Act.

28 The ends of justice will be served by the Court excluding such time, so that counsel for

Case 2:11-cr-00246-DAD   Document 7   Filed 08/02/11   Page 2 of 3

1 the Defendant may have reasonable time necessary for effective preparation, taking
2 into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).
3    The defendant and his counsel of record need additional time to review the plea
4 agreement.
5    The parties submit that the interests of justice served by granting this
6 continuance outweigh the best interests of the public and the defendant in a speedy
7 trial.  18 U.S.C. § 3161(h)(7).

8 Dated: August 1, 2011         Respectfully submitted,

                              WISEMAN LAW GROUP, P. C.
                              By:    /s/ Jennifer C. Noble
                                 JENNIFER C. NOBLE
                                 Attorney for Defendant,
                                 RUSTY TYNES


Dated: August 1, 2011         BENJAMIN B. WAGNER
                              United States Attorney

                              By:    /s/ David L. Stevens
                                 DAVID L. STEVENS, SAUSA
                                 Attorney for Plaintiff
                                 UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the trial date of August 22, 2011 be vacated and the status hearing of August 2, 2011, in the above-captioned case, be continued to August 23, 2011, at 10:00 a.m. and reset as a Change of Plea hearing.  IT IS FURTHER ORDERED THAT the time from the date of this Order to August 23, 2011, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial) and Local Rule T4.  The court also finds that based
/////

STIPULATION AND ORDER TO CONTINUE STATUS                    CR S 11-00246 DAD
CONFERENCE AND RESET AS CHANGE OF PLEA

1 upon the stipulation and representations of counsel that the interests of justice compel
2 the exclusion of time.
3 **Date: 8/1/2011**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE