```
JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
JACQUELYN E. LARSON, ESQ., CSBN 264712
WISEMAN LAW GROUP, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:   530.759.0700
    Facsimile:   530.759.0800
```

**Attorney for Defendant
RUSTY TYNES**

FILED
NOV - 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RUSTY TYNES,<br><br>  Defendant. | Case No. CR S 11-00246 DAD<br>STIPULATION AND [PROPOSED] *Dan*<br>ORDER TO ADVANCE<br>SENTENCING DATE<br><br>DATE: November 22, 2011<br>TIME: 10:00 a.m.<br>CTRM. Honorable Dale A. Drozd |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, David L. Stevens, Special Assistant United States Attorney, and defendant RUSTY TYNES, through his counsel of record, Jennifer C. Noble, that the sentencing date of December 6, 2011 be vacated and rescheduled for November 22, 2011, 10:00 a.m. Probation Officer Lynda M. Moore has no objection to advancing the sentencing date.

Dated: November 7, 2011         Respectfully submitted,

                                WISEMAN LAW GROUP, P. C.
                                By:   /s/ Jennifer C. Noble
                                   JENNIFER C. NOBLE
                                   Attorney for Defendant,
                                   RUSTY TYNES

Dated: November 7, 2011

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ David L. Stevens
   DAVID L. STEVENS, SAUSA
   Attorney for Plaintiff
   UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date of December 6, 2011 be vacated and rescheduled to November 22, 2011, at 10:00 a.m.

Dated: November 8, 2011

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE